IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY WILLIAMS AND DOREEN WILLIAMS, individually and on behalf of herself and all other persons similarly situated, known and unknown., | 18-1353 **ELECTRONICALLY FILED** |
| Plaintiffs, | |
| v. | |
| BOB EVANS RESTAURANTS, LLC AND BOB EVANS FARMS, INC., | |
| Defendants. | |

## ORDER OF COURT

Pursuant to 28 U.S.C. 455(a), this Court hereby recuses itself as to all matters of the above-captioned case and requests that this case be assigned to another member of the Court.

SO ORDERED this 29th day of November, 2018.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     All counsel of record