## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tiffany Williams, *et al,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action 2:18-cv-1353 |
| v. | : | |
| | : | Judge W. Scott Hardy |
| Bob Evans Restaurants, LLC, *et al*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR TELEPHONIC STATUS CONFERENCE

Now comes Plaintiffs, with the consent of Defendants, and hereby respectfully request a telephonic status conference. With the direction of the predecessor Judge assigned to this case, the Honorable Mark R. Hornak, a procedure for the re-filing of Plaintiffs' Motion for Conditional Certification and Equitable Tolling was developed as detailed in Document 162. Plaintiffs' initial Supplemental briefing under that order is currently due on October 2, 2020.

As this matter has been procedurally complex, and was just transferred to the Honorable W. Scott Hardy on September 23, 2020, we thought it wise to speak with the Court to ensure that Your Honor desires the current procedure for the refiling of Plaintiffs' Motion for Conditional Certification and Equitable Tolling.

Plaintiffs further request that the briefing schedule as detailed in Document 162 be stayed until a telephonic status conference is held. If the Court declines to have a telephonic status conference, Plaintiffs respectfully request that they be given seven (7) days from that denial to file their Supplement as detailed in Document 162. Defendants would then be given twenty-three (23) days to file their opposition, and Plaintiffs would be given seven (7) days to file any reply.

RESPECTFULLY SUBMITTED this 1st day of October, 2020,

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
P.O. Box 97066
Phoenix, AZ 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 0089483)
5000 Rockside Road, Suite 520
Independence, OH 44131
Telephone: (216) 525-8890
Fax: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

CALSON LYNCH, LLP
Gary F. Lynch
Edward W. Ciolko
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Fax: (412) 231-0246
Email: glynch@carlsonlynch.com
          eciolko@carlsonlynch.com

CONNOLLY WELLS & GRAY, LLP
Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355Telephone: (610) 822-3700
Fax: (610) 822-3800
Email: gwells@cwglaw.com
          rgray@cwglaw.com

THE LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin
8401 Crawford Avenue, Suite 104
Skokie, Illinois 60076
Telephone:  847-644-3425
Facsimile:  847-673-1228
Email: mike@fradinlaw.com

THE LAZZARO LAW FIRM, LLC  
Anthony J. Lazzaro  
Chastity L. Christy  
Lori M. Griffin  
The Heritage Building, Suite 250  
34555 Chagrin Boulevard  
Moreland Hills, Ohio 44022  
Telephone: 216-696-5000  
Facsimile: 216-696-7005  
Email: anthony@lazzarolawfirm.com  

*Counsel for Plaintiffs and Opt-In Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2020, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/      *James L. Simon*

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tiffany Williams, *et al*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action 2:18-cv-1353 |
| v. : | |
| : | [PROPOSED] ORDER |
| Bob Evans Restaurants, LLC, *et al*, : | |
| : | |
| : | |
| Defendants. : | |

Upon consideration of the Consent Motion for Status Conference it is hereby ORDERED that the Motion is GRANTED.

Dated:_____   BY THE COURT:

_____
W. Scott Hardy
United States District Judge