UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Tiffany Williams**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Bob Evans Restaurants, LLC.**, et al., <br><br> Defendants. | No. 2:18-cv-01353 <br><br> JUDGE W. SCOTT HARDY |

## UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

Now come Plaintiffs, by and through Counsel, and hereby respectfully request that the Court issue an order approving the Parties' Settlement Agreement, and the service awards and attorneys' fees and costs contained therein. A memorandum of law in support of Plaintiffs' Motion is attached hereto and incorporated as if fully rewritten herein.

Respectfully submitted,

By: /s/ *James L. Simon*
SIMON LAW CO.
James L. Simon
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8699
Email: james@simonsayspay.com

LYNCH CARPENTER LLP
Edwin J. Kipela, Jr.
Elizabeth Pollock Avery
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: ekilpela@lcllp.com
    elizabeth@lcllp.com

BENDAU & BENDAU PLLC
Clifford P. Bendau, II
Christopher J. Bendau
P.O. Box 97066     101
Phoenix, AZ 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805

CONNOLLY WELLS & GRAY, LLP
Gerald D. Wells, III
Robert J. Gray
Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 822-3700
Fax: (610) 822-3800

| | |
|---|---|
| Email: cliffordbendau@bendaulaw.com<br>chris@bendaulaw.com | Email: gwells@cwglaw.com<br>rgray@cwglaw.com |
| LAW OFFICE OF MICHAEL FRADIN<br>Michael L. Fradin, Esq.<br>8 N. Court St. Suite 403<br>Athens, Ohio 45701<br>Telephone: 847-986-5889<br>Email: mike@fradinlaw.com | THE LAZZARO LAW FIRM, LLC<br>Anthony J. Lazzaro<br>34555 Chagrin Blvd, Suite 250<br>Moreland Hills, OH 44022<br>Telephone: 216-696-5000<br>Email: anthony@lazzarolawfirm.com |

*Counsel for Plaintiffs and Opt-In Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Case Filing System on this 10th day of July, 2023.

/s/   *James L. Simon*