# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tiffany Williams, *et al*, | : | Civil Action 2:18-cv-1353 |
| Plaintiffs, | : | Judge W. Scott Hardy |
| v. | : | |
| Bob Evans Restaurants, LLC, *et al*, | : | |
| Defendants. | : | |

## JOINT MOTION FOR APPROVAL OF CY PRES DISTRIBUTION

Plaintiff Tiffany Williams, et al. and Defendants Bob Evans Restaurants, LLC and Bob Evans Farms, Inc. (collectively, "the Parties"), by and through their counsel, jointly move this Court for an order approving *cy pres* distribution of residual settlement funds pursuant to Section 3.7(F)(1) of the Joint Stipulation of Settlement and Release Agreement (ECF 251-2) ("Settlement Agreement") in the above-captioned matter and state as follows:

1. Despite completing the claims process and distributing funds to eligible class members, residual funds remain unclaimed.

2. Counsel for the Parties have conferred and propose that unclaimed funds totaling less than Forty Thousand Dollars ($40,000) be distributed to Children Hunger Alliance, a nonprofit organization whose mission aligns with the interests of the class and the objectives of the litigation.

3. The distribution is consistent with federal law and ensures the residual funds provide an indirect benefit to the class.

Therefore, the parties respectfully request approval of the *cy pres* distribution to Children Hunger Alliance. A proposed Order is being filed herewith.

Dated:  December 10, 2024

*/s/  James L. Simon*
SIMON LAW CO.
James L. Simon (Ohio Bar No. 0089483)
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: 216- 816-8696
Email: james@simonsayspay.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/  Adam J. Rocco*
Adam J. Rocco (Ohio Bar No. 0083807)
Michael C. Griffaton (Ohio Bar No. 0062027)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6286
Facsimile: (614) 719-4804
E-mail: ajrocco@vorys.com
E-mail: mcgriffaton@vorys.com

*Counsel for Defendant Bob Evans Restaurants, LLC*

*/s/  Jonathan R. Vaughn*
Jonathan R. Vaughn (Ohio Bar No. 0022897)
Michael J. Shoenfelt (Ohio Bar No. 0091154)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5672
Facsimile: (614) 719-5010
jrvaughn@vorys.com
mjshoenfelt@vorys.com

*Counsel for Defendant Bob Evans Farms, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of December 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                                                            */s/ Adam J. Rocco*
                                                                            Adam J. Rocco (Ohio Bar No. 0083807)